

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00436-CV

**IN THE INTEREST OF J.A.T.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA01842
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. It is ORDERED that no costs be assessed against appellant because she is indigent.

SIGNED December 23, 2024.

_____
Rebeca C. Martinez, Chief Justice